November 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

KAREN WAKEFIELD, Appellant

NO. 14-12-00686-CV                    V.

WELLS FARGO BANK, N.A., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Wells Fargo Bank, N.A., signed June 25, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Karen Wakefield, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.